Re:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Earnest Battle,       
Appellant.
 
 
 

Appeal From Charleston County
Thomas L. Hughston, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-348
Submitted March 26, 2003  Filed May 
 20, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Ralph E. Hoisington, of N. Charleston, for Respondent.
 
 
 

PER CURIAM:  Appellant, Earnest Battle, 
 was indicted for trafficking in cocaine, conspiracy, and possession with intent 
 to distribute cocaine within the proximity of a school.  The trial judge directed 
 a verdict on the conspiracy charge, and Battle was convicted on the remaining 
 charges.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels 
 petition to be relieved is granted.
APPEAL DISMISSED.  
 CURETON, ANDERSON, and HUFF, JJ. concur.